## Cost Chart

| Item | Cost |
| --- | --- |
| First Computer Examination | $2,595.00 |
| Transport to Examination | $53.38 |
| Follow-up Examination | $1,180.00 |
| Second Alexiou Deposition | $525.20 |
| **Total** | **$4,353.58** |



# GLOBAL DIGITAL FORENSICS

## Credit Card Authorization Form

The undersigned authorizes Global Digital Forensics, Inc. to charge the card detailed below for the amount stated and certifies that the undersigned understands the terms of the agreement with Global Digital Forensics and is authorized to make payments using this card.

Total Amount of Charge: **2,595.00**

Date: **12/8/15**

Card type: **Visa**

Card Number: [redacted]

Exp. Date: [redacted]

Card Code:**** [redacted]

Name as appears on Card: **Brent Pelton**

Billing Phone Number: **2123859700**

Contact Phone Number: **2123859700**

Company Name: **Pelton & Associates PC**

Billing Street Address: **111 Broadway**

Billing Address 2: **Suite 1503**

Billing City: **New York**

Billing State: **NY**

Billing Zip: **10006**

E-mail: **pelton@peltonlaw.com**

Signature: _[signed]_   Date: **12/8/15**

Please print, sign and fax to 727-287-6011

****The Card Code or CVV code is a 3 digit number on Visa, MasterCard and Discover Cards located on the signature panel.

The Card Code or CVV code is a 4 digit number on American Express Cards located just above the card number.



Ali Mangiatordi

## Your ride with Rajwinder on December 22
2 messages

**Lyft Ride Receipt** <no-reply@lyftmail.com>　　　　　　　　Tue, Dec 22, 2015 at 2:28 PM
Reply-To: Lyft <no-reply@lyft.com>
To:



*handwritten: Buccaneer Inspection*

## Thanks for riding with Rajwinder!
December 22, 2015 at 11:26 AM

### Ride Details

| | |
|---|---|
| Ride (16.7mi, 46m 4s) | $57.37 |
| Trust & Service Fee | $0.00 |
| Toll: Robert F. Kennedy Bridge | $5.54 |
| Tip | $2.00 |

VISA　Visa *6470　　　　　　　　　　　　　　　　　　　$64.91

*handwritten: only needs to be reimbursed for 1/2 please. They overcharged me b/c were having a promotion*

*handwritten: $32.46*





○ Pickup      11:26 AM        ○ Dropoff    12:12 PM
92nd St                       372 Rector Pl
New York, NY                  New York, NY

### Earn Free Rides

Get $500 in credits for referring a New York City driver if they apply using your link, and give 100 rides within 30 days. They'll get a $500 cash bonus, too!

    

First 1,000 applicants per market for a limited time only. See terms.

⊕ Tip driver          ⚲ Find lost item          ⊙ Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

Dispatching Base: Tri-City (B02510). Affiliated Base: (B02764)
Driver's License Plate: T688194C. FHV License: 5418031.
To submit a complaint to the NYC TLC, please call 311.

Pricing FAQ · Help Center
Receipt #809590057714533392
Map data © OpenStreetMap contributors

© Lyft 2015                                    
548 Market St #68514                           Work at Lyft
San Francisco, CA 94104                        Become a Driver

Exhibit B - 4



Ali Mangiatord

## Your ride with Hamza on December 22

**Lyft Ride Receipt** <no-reply@lyftmail.com>
Reply-To: Lyft <no-reply@lyft.com>
To:

Tue, Dec 22, 2015 at 9:42 AM



*Buccaneer Inspection*

### Thanks for riding with Hamza!

December 22, 2015 at 8:58 AM

**Ride Details**

| | |
|---|---|
| Ride (13.0mi, 27m 9s) | $41.83 |
| Trust & Service Fee | $0.00 |
| Lyft Credits: | -$20.91 |

| | |
|---|---|
| VISA  Visa *6470 | $20.92 |



test



| | |
|---|---|
| ○ Pickup    8:58 AM<br>Rector Pl<br>New York, NY | ○ Dropoff    9:25 AM<br>93rd St<br>New York, NY |

## Earn Free Rides

Get $350 in credits for referring a New York City driver if they apply using your link, and give 100 rides within 30 days. They'll get a $350 cash bonus, too!

  

First 1,000 applicants per market for a limited time only. See terms.

⊕ Tip driver     ⌕ Find lost item     ⊙ Request review

Dispatching Base: Tri-City (B02510). Affiliated Base: (B02682)
Driver's License Plate: T668007C. FHV License: 5564631.
To submit a complaint to the NYC TLC, please call 311.

Pricing FAQ · Help Center
Receipt #809552216027701948
Map data © OpenStreetMap contributors

© Lyft 2015
548 Market St #68514
San Francisco, CA 94104


Work at Lyft
Become a Driver

Exhibit B - 6



# GLOBAL DIGITAL FORENSICS
## Credit Card Authorization Form

The undersigned authorizes Global Digital Forensics, Inc. to charge the card detailed below for the amount stated and certifies that the undersigned understands the terms of the agreement with Global Digital Forensics and is authorized to make payments using this card.

Total Amount of Charge    Date: 1/20/2016
$1,180

Card type:    Card Number:    Exp. Date:    Card Code:****
Visa

Name as appears on Card:    Billing Phone Number:    Contact Phone Number:
Brent E. Pelton    212 385-9700    Same

Company Name: Pelton + Associates PC
Brent Pelton

Billing Street Address:    Billing Address 2:
111 Broadway, Suite 1503
NY, NY 10006
Billing City:    Billing State:    Billing Zip:

E-mail: pelton@peltonlaw.com

_____R. F. R._____    _1/20/16_
Signature    Date

Please print, sign and fax to 727-287-6011

****The Card Code or CVV code is a 3 digit number on Visa, MasterCard and Discover Cards located on the signature panel.

The Card Code or CVV code is a 4 digit number on American Express Cards located just above the card number.



# Diamond
## REPORTING & LEGAL VIDEO
T.877.624.3287 ♦ www.diamondreporting.com

PELTON GRAHAM, LLC  
111 BROADWAY  
SUITE 1503  
NEW YORK, NY 10006  

BRENT PELTON, ESQ.  

CAZARES, EMMANUEL & ERICK PEREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED VS AVA RESTAURANT GROUP D/B/A BUCCANEER DINER & COSTAS ALEXIOU  
INDEX NO.: 15CIV00477 (KAM)RML  

**INVOICE NO.:** 16021500401  
**INVOICE DATE:** 3/10/2016  

**REPORTER:**  
PAULA G. BEKKER  

**TAX ID #:**  
**BILLER ID:** SS  

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/15/2016 | DEPOSITION OF THE DEFENDANT, COSTAS ALEXIOU 108PP | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 475.20 |
| | APPEARANCE (PM) YOUR CHARGE | 35.00 |
| | DELIVERY & HANDLING | 15.00 |
| | EXHIBITS ATTACHED | |

| | |
|---|---|
| SUB TOTAL | $525.20 |
| PAID | $525.20 |
| BALANCE DUE | $0.00 |

*THIS CASE HAS BEEN UPLOADED INTO YOUR TRANSCRIPT REPOSITORY THE DIAMOND VAULT*

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\*  
WE ACCEPT ALL MAJOR CREDIT CARDS  
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS  
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU  
ORIGINAL INVOICE  
\*\*\*PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241\*\*\*

Make checks payable to: Diamond Reporting, Inc.  
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Check  

Credit Card #: _____  
Exp. Date: _____  Security Code: _____  
Name on Card: _____  

**DIAMOND DEPOSITION CENTERS**

New York Offices:  
Manhattan, Brooklyn, Bronx,  
Queens, Staten Island,  
Melville, Mineola, White Plains  
• • • • • • • • • • •  
New Jersey Office:  
Englewood Cliffs

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 03/11/16 | Time 10:32:17 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX3048 | |
| | | |
| Order ID | 16021500401 | |
| Order Description: | PELTON GRAHAM, LLC | |
| Approval Code | 103523 | |
| **Amount** | **525.20** | |

Customer Copy